IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BROOKE CALDWELL

          Plaintiff,

-against-

ACCELERATED COLLECTION SVC, INC.
A Washington Corporation

          Defendant.

Civil Action No. 4:15cv435-SWW

This case assigned to District Judge _____
and to Magistrate Judge _____

## COMPLAINT

COMES NOW the Plaintiff, Brooke Caldwell, (Caldwell), by and through her Attorney, Cecille Doan, of the Center for Arkansas Legal Services, and files this Complaint against Accelerated Collection SVC, Inc. (Accelerated), and states:

### STATEMENT OF JURISDICTION

1. Jurisdiction of this Court arises pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d).

2. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq.

3. The actions alleged in this Complaint occurred within the State of Arkansas.

4. Venue is proper pursuant to 28 U.S.C. §1391.

## PARTIES TO THE CLAIM

5. The averments set forth in paragraphs 1-4 are adopted herein and incorporated as if set forth word for word.

6. Caldwell is a resident of North Little Rock, Pulaski County, Arkansas, and is a "consumer" as defined by 15 U.S.C. §1692a(3), and/or "any person" as defined by 15 U.S.C. §1692d;

7. At the time of the incident described further herein, Accelerated was a "debt collector" as that term is defined by 15 U.S.C. §1692a(6), and A.C.A 17-24-101, et seq., and attempting to collect a "debt," as defined in 15 U.S.C. §1692a(5).

8. Accelerated is not licensed by the Arkansas State Board of Collection Agencies nor is Accelerated registered with the Arkansas Secretary of State. Accelerated is being served pursuant to Arkansas Code Annotated §17-24-403 by delivering a copy of the Complaint to the Arkansas Secretary of State for service at the following address:

> 1125 Harvey Rd.
> Auburn, WA 98002

## FACTUAL BACKGROUND

9. The averments set forth in paragraphs 1-8 are adopted herein and incorporated as if set forth word for word.

10. On January 31, 2015, Accelerated mailed a letter to Caldwell in an attempt to collect a medical debt. **Exhibit 1.**

11. The letter Accelerated sent to Caldwell in an attempt to collect the alleged medical debt was addressed to Caldwell's residence in North Little Rock, Arkansas.

12. As a "collection agency", Accelerated is required to be licensed by the Arkansas

State Board of Collection Agencies pursuant to Arkansas Code Annotated §17-24-301(1) which states that unless licensed by the State Board of Collection Agencies it is unlawful to engage in the collection of delinquent accounts, bills, or other forms of indebtedness.

13. Accelerated is not licensed by the Arkansas State Board of Collection Agencies and is forbidden from engaging in the collection of delinquent accounts, bills, or other forms of indebtedness in Arkansas.

14. Violation of a State statute supports a violation of the Fair Debt Collection Practices Act. *Picht v. Hawks, Ltd*, 236 F.3d 446 (8th Cir. 2001).

15. By engaging in the collection of Caldwell's delinquent account through its collection letter without the proper license, Accelerated is in violation of Arkansas Code Annotated §17-24-301(1) and 15 U.S.C. §1692e(5).

16. The collection letter sent to Caldwell by Accelerated also includes charges in excess of the principal amount owed in violation of 15 U.S.C. §1692f(1) which prohibits the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

17. By attempting to collect amounts not owed, Accelerated is in violation of 15 U.S.C. §1692e(2)(A), the false representation of the character, amount, or legal status of any debt.

18. The actions by Accelerated constitute false, deceptive and misleading information in connection with debt collection in violation of 15 U.S.C §1692e.

19. The actions by Accelerated constitute unfair or unconscionable means to attempt to collect debt in violation of 15 U.S.C §1692f.

20. The actions by Accelerated constitute conduct the natural consequence of which is to harass, oppress or abuse any person in violation of 15 U.S.C. §1692d.

21. The actions by Accelerated constitute the threat to take any action that cannot legally be taken in violation of 15 U.S.C. §1692e(5).

## VIOLATIONS OF THE FAIR DEBT COLLECTIONS PRACTICES ACT

22. The averments set forth in paragraphs 1-21 are adopted herein and incorporated as if set forth word for word.

23. Accelerated engaged in abusive, harassing, oppressive conduct, false, deceptive or misleading representations, and unfair or unconscionable collection methods in contravention of 15 U.S.C. §1692 as set forth above.

24. The conduct of Accelerated represent violations of the FDCPA for which strict liability applies pursuant to 15 U.S.C. §1692, et seq.

25. Accelerated's conduct represents violations of the FDCPA for which statutory damages apply pursuant to 15 U.S.C. §1692k(a)(2)(A).

## DAMAGES

26. The averments set forth in paragraphs 1-25 are adopted herein and incorporated as if set forth word for word.

27. As a direct and proximate result of the occurrence made the basis of this lawsuit, Caldwell is entitled to the following damages:

      i. actual costs, expenses and attorney fees.
      ii. statutory damages in the maximum amount of: $1,000.00.
      iii. additional actual damages to be determined.

## JURY DEMAND

28.   Caldwell demands a jury trial.

## PRAYER

WHEREFORE, Caldwell prays the Court enter judgment in her favor, grant her an award of statutory damages, actual damages as well as her attorney fees and costs.

Respectfully submitted,

Cecille Doan, Ark. Bar 2009246
Center for Ark. Legal Services
1300 W. 6th St.
Little Rock, AR 72201
(501) 376-3423

# ACCELERATED COLLECTION SVC INC.
1125 HARVEY RD
AUBURN, WA 98002-4219
253-735-3200
Toll Free: 866-499-7717

January 31, 2015

BROOKE CALDWELL
14138 SHADY LN
NORTH LITTLE ROCK, AR 72118-1217

RE : Overlake Hospital Medical Ctr
ACCOUNT       : 186222
**BALANCE DUE**   : $1143.51

Dear Brooke Caldwell:

This account has been listed with our office for collection.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

If paid in full to this office, all collection activity will be stopped.

Public Law 95-109 Fair Debt Collection Practices Act
Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

California Residents:
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8am or after 9pm. They may not harass you by using threats of violence or arrest or by using obscene language. Collector may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area.

As required by law, you are hereby, notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Respectfully,
Ron Mason

Please see additional page for more information.

- - - - - - - - - - - - - - - - Detach and Return with Payment - - - - - - - - - - - - - - - -

1125 HARVEY RD
AUBURN, WA 98002-4219

Return Service Requested

RE : Overlake Hospital Medical Ctr
ACCOUNT       : 186222
**BALANCE DUE**   : $1143.51

AMOUNT ENCLOSED _____

EXHIBIT
1

PERSONAL & CONFIDENTIAL
BROOKE CALDWELL
14138 SHADY LN
NORTH LITTLE ROCK, AR 72118-1217

ACCELERATED COLLECTION SVC INC.
1125 HARVEY RD
AUBURN, WA 98002-4219

1NTC 000020P 2 498 000012 31 101585 Z-CRE