IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BROOKE CALDWELL | * | |
|     Plaintiff | * | |
| | * | |
| V. | * | |
| | * | |
| ACCELERATED COLLECTION SVC, INC. | * | NO:  4:15CV00435 SWW |
| | * | |
|     Defendant | * | |

### ORDER

By order entered October 14, 2016, the Court notified Plaintiff, who is represented by counsel, that she had fourteen (14) days from the date of the order to either move for default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure [1] or file a status report stating whether she intends to prosecute her claims.  The Court also advised Plaintiff that if she failed to respond, this action would be dismissed without prejudice.  As of the date of this order, Plaintiff has failed to move for default judgment or indicate whether she intends to prosecute her claims.

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

IT IS SO ORDERED THIS 18TH  DAY OF NOVEMBER, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] On September 10, 2015, Plaintiff moved for entry of default, and on November 2, 2015, the Clerk entered a clerk's entry of default.